## Addison *v.* Westinghouse Electric Company, Appellant.

Argued March 23, 1965. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*William A. Challener, Jr.,* for appellant.

*P. J. McArdle,* with him *Frank J. Kernan,* for appellee.

634

Opinion Per Curiam, April 20, 1965:
The judgment of the Court below is affirmed.